OCTOBER 3, 1994

No. 93–1510. ALABAMA *v.* BROWN. Ct. Crim. App. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Davis* v. *United States*, 512 U. S. 452 (1994). █

No. 93–1707. SCHMIDT ET AL. *v.* ESPY, SECRETARY OF AGRICULTURE. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed August 1, 1994. █

No. 93–1748. SOLOMON ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR NASSAU SAVINGS & LOAN ASSN., F. A.; and
No. 93–1757. PATTULLO ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR NASSAU SAVINGS & LOAN ASSN., F. A. C. A. 2d Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *O'Melveny & Myers* v. *FDIC*, 512 U. S. 79 (1994). █

No. 93–1896. WOODS *v.* CANDELA. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heck* v. *Humphrey*, 512 U. S. 477 (1994). █

No. 93–1915. ALTIMUS ET AL. *v.* OREGON. Ct. App. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dolan* v. *City of Tigard*, 512 U. S. 374 (1994). █

No. 93–1985. ARIZONA *v.* COOK. Ct. App. Ariz. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dixon*, 509 U. S. 688 (1993). █

801